# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT WILLIAMS,

    Plaintiff,

v.

J. WETZEL, *et al.*,

    Defendants.

No. 4:19-CV-00918

(Judge Brann)

## ORDER

### JANUARY 10, 2020

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant J. Wetzel's Motion to Dismiss, ECF No. 18, is **GRANTED**; and

2. Defendant J. Wetzel is **DISMISSED WITHOUT PREJUDICE**.

    BY THE COURT:

    *s/ Matthew W. Brann*
    Matthew W. Brann
    United States District Judge